IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NLMK PENNSYLVANIA, LLC and NLMK INDIANA, LLC<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES STEEL CORPORATION,<br><br>*Defendant*. | Civil Action No. 2:21-cv-273<br><br>Hon. William S. Stickman IV |

## HEARING MEMO

HEARING HELD:  Videoconference Oral Argument
DATE HEARING HELD:  May 6, 2021
BEFORE:  Judge William S. Stickman IV

| Appearing for Plaintiffs: | Appearing for Defendant: |
|---|---|
| Sanford M. Litvack, Esquire | Andy Stanton, Esquire |
| William Pietrogallo, II, Esquire | Leon F. DeJulius, Esquire |
| Robert Matthew Burke, Esquire | Roy A. Powell, Esquire |
| | Tarek Abdalla, Esquire |
| | Simone N. Dejarnett, Esquire |

Argument began at 10:00 a.m.                    Argument concluded at 11:06 a.m.

Stenographer:  Jane Proud

OUTCOME:

The Court heard oral argument relative to NLMK Pennsylvania, LLC's and NLMK Indiana, LLC's Motion to Remand, ECF No. 18.

The parties are to order and split the cost of the production of the transcript.  After review of the transcript, the Court will issue its decision.