IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NLMK PENNSYLVANIA, LLC, and<br>NLMK INDIANA, LLC,<br><br>    *Plaintiffs*,<br>v.<br><br>UNITED STATES STEEL CORPORATION,<br><br>    *Defendant*. | Case No. 2:21-cv-00273-WSS<br><br>Hon. William S. Stickman<br><br>Electronically Filed |

**UNITED STATES STEEL CORPORATION'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND**

[~~PROPOSED~~] ORDER

AND NOW, this 18th day of May, 2021, upon consideration of the United States Steel Corporation's Motion for Leave to File Supplemental Brief in Opposition to Plaintiffs' Motion to Remand, it is hereby ORDERED that the Motion is GRANTED. Defendant United States Steel is hereby authorized to file its Proposed Supplemental Brief in Opposition to Plaintiffs' Motion to Remand. Plaintiffs may file a supplemental brief, not to exceed five (5) pages by 5/25/21.

BY THE COURT:

*/s/ William S. Stickman IV*
Hon. William S. Stickman