IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NLMK PENNSYLVANIA, LLC and NLMK INDIANA, LLC<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES STEEL CORPORATION,<br><br>*Defendant*. | Civil Action No. 2:21-cv-273<br><br>Hon. William S. Stickman IV |

## **JUDGMENT ORDER**

AND NOW, this 22nd day of March 2022, in accordance with the Order of Court entered this day and pursuant to Federal Rule of Civil Procedure 58, IT IS HEREBY ORDERED that final judgment is entered in the form of dismissal of Plaintiff's Complaint. The Clerk of Court is directed to mark this CASE CLOSED.

BY THE COURT:

WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE